Prob 12B
(7/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 AUG 24 PM 2: 21

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

for the

District of Nebraska

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Steven Leene        **Docket Number:** 8:98CR95-2

**Sentencing Judge:** Thomas M. Shanahan

**Date of Original Sentence:** January 29, 1999

**Original Offense:** Possession with Intent to Distribute Cocaine, Possession with Intent to Distribute Heroine.

**Original Sentence:** 110 months imprisonment, 4 years supervised release

**Type of Supervision:** Supervised Release pending release from the Bureau of Prisons on August 26, 2005

**Date Supervision Commenced:** Pending, August 26, 2005

---

### PETITIONING THE COURT

___  To extend the term of supervision for _____, for a total term of _____

_X_  To modify the conditions of supervision as follows:

"The defendant shall attend, successfully complete, and pay for any diagnostic evaluations, treatment or counseling programs, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the probation officer."

LEENE, Steven
August 24, 2005
REQUEST FOR MODIFICATION OF
CONDITIONS OF SUPERVISION

## CAUSE

The offender has a lengthy history of substance abuse. He is pending release/relocation to the Central District of California. They will accept supervision pending this modification of the terms of his supervised release.

Respectfully submitted,

*Kit Lemon*
Kit Lemon
U.S. Probation Officer

Reviewed by,

*David E. Goering by: /s/*
David E. Goering
Supervising U.S. Probation Officer

## THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

_X_ The Modification of Conditions as noted above

___ Other

*Joseph Bataillon*
Joseph Bataillon, Chief
U.S. District Judge

8/24/05
Date

PROB 49
(3/89)

# United States District Court

District _____of Nebraska_____

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Steven M. Leene, as a special condition of supervision, shall participate in out-patient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The supervised releasee shall refrain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision.

Witness _Bill Dregurus, Case Manager_   Signed _X Steven Leene_
           U.S. Probation Officer                Probationer or Supervised Releasee

                             _8/23/05_
                              Date



RECEIVED
AUG 23 2005
U.S. PROBATION
OMAHA NEBRASKA