Prob 12B
(7/93)

UNITED STATES DISTRICT COURT

for the

<u>District of Nebraska</u>


FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
SEP 12 2005
OFFICE OF THE CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Steven Leene     **Docket Number:** 8:98CR95-2 |
| **Sentencing Judge:** | Thomas M. Shanahan<br>Senior U.S. District Judge |
| **Date of Original Sentence:** | January 29, 1999 |
| **Original Offense:** | Possession with Intent to Distribute Cocaine, Possession with Intent to Distribute Heroine. |
| **Original Sentence:** | 110 months imprisonment, 4 years supervised release |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | August 26, 2005 |

### PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____

_X_ To modify the conditions of supervision as follows:

Steven M. Leene, as a special condition of supervision, shall participate in substance abuse treatment and submit to drug and alcohol testing as instructed by the U.S. Probation Officer. The offender shall refrain from illicit drugs and alcohol, and from abusing prescription medication during the period of supervision.

**Leene, Steven**
**8:98CR95-2**
**Request to Modify Conditions**

## CAUSE

Mr. Leene has a lengthy history of substance abuse, and is now being supervised by the Central District of California. They have requested the above-specified language be added to the terms of his supervised release.

Respectfully submitted,                                 Reviewed by,

/s/ Kit Lemon                                           David E. Goering by: /s/
Kit Lemon                                               David E. Goering
U.S. Probation Officer                                  Supervising U.S. Probation Officer


## THE COURT ORDERS

___  No Action

___  The Extension of Supervision as noted above

_X_  The Modification of Conditions as noted above

___  Other

/s/ Joseph Bataillon                                    9/12/05
Joseph Bataillon, Chief                                 Date
U.S. District Judge

PROB 49
(3/89)

# United States District Court

District _____ of Nebraska _____

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Steven M. Leene, as a special condition of supervision, shall participate in out-patient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. The supervised releasee shall refrain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision.

Witness _____Bill Dregurus, Case Manager_____  Signed _____X Steven Leene_____
            U.S. Probation Officer                                  Probationer or Supervised Releasee

_____8/23/05_____
Date



RECEIVED
AUG 23 2005
U.S. PROBATION
OMAHA NEBRASKA